1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C.C., in her individual capacity and as
parent and guardian of minor student,
D.C.G.,

                    Plaintiffs,

        v.

SEATTLE SCHOOL DISTRICT NO. 1,

                    Defendant.

No. 2:21-cv-00618-BJR

**ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM PURSUANT TO
FED. R. CIV. P. 17**

15     THIS MATTER having come before the Court upon the Petition of Lara Hruska of Cedar

16 Law, counsel for Plaintiffs, without opposition (Dkt. No. 11); seeking the appointment of a

17 Settlement Guardian Ad Litem for D.C.G., under Federal Rule of Civil Procedure 17(c), and

18 Local Rule 17 of the U.S. District Court, Western District of Washington; the Court having

19 reviewed said Petition, having reviewed the evidence presented by counsel, and being fully

20 advised in the premises, now, therefore, the COURT:

21     A)     FINDS there is good cause and it is in the best interest of D.C.G. to grant

22 Plaintiff's petition;

23     B)     GRANTS Plaintiff's petition;

24

25

ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - Page 1
2:21-cv-00618-BJR

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
206.607.8277 (tel)
206.237.9101 (fax)

1    C)    APPOINTS Christopher M. Henderson as Settlement Guardian ad Litem for

2    D.C.G. to represent the interests of D.C.G. in this matter to discharge his duties and obligations

3    pursuant to said Rules including, but not limited to presenting the Court with a report and

4    recommendation as to the adequacy of the offered settlement, to be compensated at his normal

5    hourly rate.

6    Dated October 13, 2021.

7

8    _____
     Barbara Jacobs Rothstein
9    U.S. District Court Judge

10   Presented by:

11   CEDAR LAW PLLC                              PREG O'DONNELL & GILLETT PLLC

12

13   __s/ Lara Hruska_____           __s/ Mark O'Donnell_____
     Lara Hruska, WSBA No. 46531                  Mark F. O'Donnell, WSBA No. 13606
14   Shannon McMinimee, WSBA No. 34471            Attorneys for Seattle School District No. 1
     Alex Hagel, WSBA No. 55423                   901 Fifth Avenue, Suite 3400
15   Whitney Hill, WSBA No. 53715                 Seattle, WA 98164
     Attorneys for Plaintiffs C.C. and D.C.G.     Firm Email:
16   113 Cherry St., PMB 96563                         modonnell@pregodonnell.com
     Seattle, WA 98104-2205
17   Firm Email:
          lara@cedarlawpllc.com
18        shannon@cedarlawpllc.com
          alex@cedarlawpllc.com
19        whitney@cedarlawpllc.com

20

21

22

23

24   ORDER APPOINTING SETTLEMENT                                        **Cedar Law PLLC**
     GUARDIAN AD LITEM - Page 2                                113 Cherry St., PMB 96563
25   2:21-cv-00618-BJR                                            Seattle, WA 98104-2205
                                                                      206.607.8277 (tel)
                                                                      206.237.9101 (fax)