UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.C., IN HER INDIVIDUAL CAPACITY AND AS PARENT AND GUARDIAN OF MINOR STUDENT, D.C.G.,<br><br>    Plaintiffs,<br>vs.<br><br>SEATTLE PUBLIC SCHOOLS,<br><br>    Defendant. | Case No.: 2:21-cv-00618-BJR<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Having reviewed the Stipulated Motion to Dismiss with Prejudice (Dkt. No. 27) filed on behalf of Plaintiff, C.C., in her individual capacity and as parent and guardian of minor student, D.C.G., and Defendant, Seattle Public Schools, the Court ORDERS that this matter is dismissed with prejudice.

Dated this 7th day of March, 2022.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO DISMISS WITH PREJUDICE - 1
2:21-CV-00618-BJR